**Dismissed and Memorandum Opinion filed July 7, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00297-CR

---

**RONNEY EARL WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1476283**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to attempted forgery of a government instrument. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for eleven months in the State Jail Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal and deny appellant's motion for appointment of appellate counsel.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).